FILED
CLERK, U.S. DISTRICT COURT
9/29/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KMA DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

PLAINTIFF

v.

GREG LUI,
aka "YIU KONG LUI,",

DEFENDANT(S)

Initial Indictment:
2:26-cr-00618-ODW
Case number to be assigned by Criminal Intake Clerk

Superseding Indictment:

Case number to be assigned by Criminal Intake Clerk

## NOTICE TO COURT OF COMPLEX CRIMINAL CASE

(To be filed at the time the Indictment is filed or upon the filing of a Superseding Indictment in a case not previously identified as complex.)

☒ **Initial Indictment**

Upon a careful review of the initial indictment, it is the opinion of the United States Attorney's Office that this case qualifies as complex because:

☐ There are eight (8) or more defendants. The number of defendants is ________.

and/or

☒ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is ________ trial days.

---

☐ **Superseding Indictment**

Upon a careful review of the ___________ superseding indictment, it is the opinion of the United States Attorney's Office that this case now qualifies as complex because:

☐ There are eight (8) or more defendants. The number of defendants is ________. The previous number of defendants was ___________.

and/or

☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is ________ trial days. The previous estimate was ________ trial days.

9/28/2026
Date

COLIN S. SCOTT
Assistant United States Attorney