UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:26-cr-00618-ODWII Date: 10/5/2026

Present: The Honorable: Steve Kim, United States Magistrate Judge

Interpreter N/A Language N/A

| Ashley Silva | CS 10/05/2026 | Colin S. Scott / Joe Guzman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s) ✔ Present In Custody

Greg Lui

Attorneys for Defendants: ✔ Present Retained

Kevin M. Lally

**Proceedings: Arraignment of Defendant and/or** ✔ **Assignment of Case** **Initial Appearance** **Appointment of Counsel**

* Defendant states true name is the name on the Indictment.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Otis D. Wright.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 12/1/2026 9:00 AM
* Judge Wright is located in 5D, Los Angeles - Felicitas and Gonzalo Mendez United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA PSAED PSASA
✔ USMLA USMED USMSA
Statistics Clerk Interpreter
CJA Supervising Attorney Fiscal

**Initial Appearance/Appointment of Counsel:** 00 : 00

**Arraignment:** 00 : 03

**Initials of Deputy Clerk:** ASI by TRB