Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty.

2026 OCT -2 AM 9:25
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___ OH

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA PLAINTIFF<br>v.<br>GREG LUI<br>USMS# ____ DEFENDANT | CASE NUMBER: 2:26-CR-00618-ODW<br>**REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on October 1, 2026 at ☒ AM ☐ PM
   or
   The defendant was arrested in the CENTRAL District of CALIFORNIA on 1 OCT 2026 at 10:25 ☒ AM ☐ PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No
4. Charges under which defendant has been booked:
   50 USC 4819(a) & (b), 15 CFR §§ 736.2(b)(1),
5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
6. Interpreter Required: ☒ No ☐ Yes Language: ____
7. Year of Birth: 1988
8. Defendant has retained counsel: ☐ No
   ☒ Yes Name: ____ Phone Number: ____
9. Name of Pretrial Services Officer notified: ____
10. Remarks (if any): ____
11. Name: JOHN HERINGER (please print)
12. Office Phone Number: 771 225 9983
13. Agency: FBI
14. Signature: [signature]
15. Date: 2 OCT 2026