UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF

v.

Greg Lui

DEFENDANT.

☑ LA ☐ RS ☐ SA DATE FILED: 9/29/2026
CASE NUMBER: 2:26-cr-00618-ODW ☐ Under Seal
INIT. APP. DATE: 10/2/2026 TIME: 1:30 PM
CHARGING DOC: Indictment
DEFENDANT STATUS: In Custody
☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT
VIOLATION: 50:4819.F; 18:544.F; 18:1956-4100.F
COURTSMART/REPORTER:

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Brianna Fuller Mircheff

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:** Christianna Howard (*Deputy Clerk*) Colin Scott (*Assistant U.S. Attorney*) ______ (*Interpreter / Language*)

☑ INITIAL APPEARANCE NOT HELD - CONTINUED
☐ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
☐ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☐ preliminary hearing OR ☐ removal hearing / Rule 20.
☐ Defendant states true name ☐ is as charged ☐ is ______
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
☐ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.
☑ Attorney: Aden Kahssai ☐ Retd. ☐ Apptd. ☐ Prev. Apptd. ☑ DFPD ☐ Panel ☐ Poss. Contribution Ordered (see separate order) ☐ Special appearance by: ______ ☐ CJA 1-Day Provisional Appt ______
☐ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☐ Contested detention hearing is held. ☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $ ______ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived. ☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge ______. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for District Judge ______ for the setting of further proceedings.
☐ Preliminary Hearing set for ______ at ______ in Los Angeles
☐ Post-Indictment Arraignment set for: ______ at ______ in Los Angeles
☐ Government's motion to dismiss case/defendant ______ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights. ☐ Process received.
☐ Court ORDERS defendant Held to Answer to ______ District of ______
 ☐ Bond to transfer, if bail is posted. Defendant to report on or before ______
 ☐ Warrant of removal and final commitment to issue. Date issued: ______ By CRD: ______
 ☐ Warrant of removal and final commitment are ordered stayed until ______.
☑ Case continued to (Date) 10/5/2026 (Time) 1:30 ☐ AM / ☒ PM
☑ Type of Hearing: Initial Appearance Before Judge ______ /Duty Magistrate Judge.
Proceedings will be held in the ☒ Duty Courtroom ☐ Judge's Courtroom
☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ Electronic Release Order issued (*if issued using Release Book*: Release Order No. ______
☒ Other: Defendant has retained counsel who was unable to appear today

***RECEIVED:*** ☐ PSA ☐ PROBATION ☐ FINANCIAL ☐ CR-10 ☐ READY

Deputy Clerk Initials CH

______ : 05