FILED
CLERK, U.S. DISTRICT COURT
OCT - 5 2026
CENTRAL DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

United States of America

PLAINTIFF

v.

GREG LUI

DEFENDANT(S).

CASE NUMBER
26 No CR 618-ODW

**DESIGNATION AND APPEARANCE OF COUNSEL**

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint KEVIN M. LALLY, Esquire, as my attorney to appear for me throughout all proceedings in this case.

10/5/26
*Date*

[signature]
*Defendant's Signature*

LOS ANGELES, CA
*City and State*

## APPEARANCE OF COUNSEL

I, KEVIN M. LALLY Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

10/5/26
*Date*

[signature]
*Attorney's Signature*

226402
*California State Bar Number*

1000 W. 5th St BLVD
*Street Address*

LOS ANGELES, CA 90017
*City, State, Zip Code*

213-891-5053
*Telephone Number*

213 896 0400
*Fax Number*

KLALLY@BUCHALTER.COM
*E-mail Address*