FILED
CLERK, U.S. DISTRICT COURT
OCT - 5 2026
CENTRAL DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>GREG LOI<br>DEFENDANT. | CASE NUMBER:<br>26 No. CR 618 -ODW |
| | DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |

I, GREG LOI, declare that
*(Defendant/Material Witness)*

- [ ] I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.
- [ ] I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.
- [ ] I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.
- [x] My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of October, 20 26
at Los Angeles, CA
*(City and State)*

[signature]
*Signature of Defendant/Material Witness*

---

If the declarant is not an English speaker, include the following:
I, ____________, am fluent in written and spoken English and ____________ languages. I accurately translated this form from English into ____________ to declarant ____________ on this date.

Date: ____________

____________
*Interpreter*