Recommend: ☑ Approval ☐ Disapproval
*(if disapproval is checked, please complete the bottom of page 2)*

☑ Sufficient amount of equity
☑ Lot Book Report confirming title *(dated on or after date on which surety recorded Deed of Trust)*
☑ Property Appraisal *(assessed value or signed written appraisal of current market value)*
☑ Recorded Deed of Trust naming the Clerk of the U.S. District Court, herein called BENEFICIARY

On 10/16/26 (*Date*) x3154 (*Extension*)

By: Colin Scott
*Assistant U.S. Attorney*

Signature: [signature]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF, v. GREG LUI, DEFENDANT(S). | CASE NUMBER 26-CR-618-ODW |
| | **AFFIDAVIT OF SURETY(IES) (PROPERTY)** |

I (We), the undersigned surety(ies), state on oath:

That I (we) permanently reside within the jurisdiction of the United States District Court for the Central District of California, or in ______________________ (City, State), at the address(es) indicated; that I(we) am(are) the legal owner(s) of the property described below and the representations as to my (our) ownership and equity in said property are true and correct;

That I (we) am (are) worth the amount specified in the bond, to wit: $ 498,000 ,over and above my(our) just debts and liabilities and exclusive of property exempt from execution.

I (We) further state that I (we) understand the provisions of the bond of the defendant named above for which this affidavit supports and I (we) acknowledge and agree that I (we) and my (our) personal representatives are bound, jointly and severally with the defendant and any other sureties, to pay to the United States of America the bond amount specified in the event the bond is forfeited.

I (We) further promise not to transfer or encumber said property until final disposition of this case and exoneration of the subject bond by Order of the Court.

I (We) hereby subject said funds, and agree to be bound as a condition of this bond, by the provisions of Local Criminal Rule 46-6, as set forth below in this document.

I (We) understand that it is my (our) obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon such a fact becoming known to me (us).

I (We) further agree and understand that, unless otherwise ordered by the Court, the bond for which this affidavit is supports is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is (are) duly exonerated by Order of the Court.

*LOCAL CRIMINAL RULE 46-6 - BOND - SUMMARY ADJUDICATION OF OBLIGATION*

*A bond of undertaking presented for filing shall contain consent and agreement of the principal and surety that in case of default or contumacy on the part of the principal or surety, the Court may upon ten (10) days notice proceed and summarily render a judgment in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on corporate surety as provided in 31 U.S.C. §9306.*

Address and description of property:

4996 OLD RANCH ROAD, LA VERNE, CALIFORNIA 91750 (SINGLE FAMILY RESIDENTIAL PROPERTY)

*Each surety must indicate the form in which title to property is held and if there are other title holders, each must sign as surety and furnish pertinent information.*

DEEPMALA SENGUPTA
Print Name of Surety

4996 OLD RANCH ROAD
Address of Surety

XXX-XX- 6 7 0 3
Social Security Number *(Last 4 digits only)*

LA VERNE, CA 91750
City, State, Zip Code

☐ Sole Holder or Owner ☐ Tenancy in Common ☑ Joint Tenancy ☐ Other: ____________

Percentage of Interest of Surety % 25

Present Fair Market Value of Property $ 1,070,000
*(supporting documentation attached)*

Total Amount of Encumbrances and/or All Liens $ 572,000
*(list below separately)*

LAKEVIEW LOAN SERVICING
Name of Holder of 1st Encumbrance

P.O. BOX 619063, DALLAS, TX 75261-9063
Address, City, State, Zip Code

____________
Name of Holder of 2nd Encumbrance

____________
Address, City, State, Zip Code

____________
Name of Holder of 3rd Encumbrance

____________
Address, City, State, Zip Code

Total Equity $ 498,000
*(after deduction of encumbrance/liens)*

Homesteaders Exemption Filed? ☐ Yes ☑ No

Amount of Exemption $ ____________

N/A
Number of other bonds or undertakings

N/A
Amount of other bonds or undertakings

Has the indicated property previously been *USED* as collateral? ☐ Yes ☑ No
If yes, list: N/A

Was appraisal given by a *LICENSED* appraiser? ☑ Yes ☐ No. If not, what was basis of appraisal? ____________

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed this 15th Day of October 2026 ____________.

Deepmala Sengupta
Signature of Surety

Family Friend
Relationship of Surety

____________
Signature of Surety

____________
Relationship of Surety

Above Surety Approved: ____________
United States Magistrate Judge

Dated: ____________

RECOMMEND DISAPPROVAL OF THIS BOND FOR THE FOLLOWING REASON(S):

☐ Discrepancy in title documentation
☐ Insufficient documentation to establish value of property
☐ Amount of liens and/or encumbrances reduces value of property to less than required amount
☐ Other (Explain):

Dated: ____________

____________
Assistant U.S. Attorney