# United States Probation & Pretrial Services

United States District Court
Central District of California

FILED
CLERK, U.S. DISTRICT COURT
10/14/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KMA DEPUTY

Brian D. Karth
District Court Executive

Natasha Alexander-Mingo
Chief Probation and Pretrial Services Officer

October 14, 2026

To: Criminal Intake, Clerk's Office

From: Connie Weng
U.S. Probation & Pretrial Services Officer
213-894-2631

Re: Greg Lui
Docket Number: 2:26-cr-00618-ODW-1

Charge: 50 USC § 4819; 15 C.F.R. § 736.2(b)(1), 764.2, 764.2 and Part 774, Supp No 1; 18 USC § 1956(h)

On October 5, 2026 the defendant made his initial appearance before the Honorable Steve Kim, United States Magistrate Judge. On that date, the defendant was ordered released with the following bond condition: Do not possess any firearms, ammunition, destructive devices, or other dangerous weapon. Surrender any such item as directed by Supervising Agency by October 9, 2026 and provide proof to Supervising Agency.

The defendant has satisfied this condition as directed.

If you have any questions, please contact the above listed officer.

Thank you.