# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>PLAINTIFF(S)<br>v.<br>Greg Lui<br><br>DEFENDANT(S). | CASE NUMBER:<br>2:26-cr-00618-ODW<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following deficiencies have been found with your filed document:

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 10/19/26 | 19-24 | Affidavits |

Deficiencies:

- Local Rule 11-3.8 title page is missing, incomplete, or incorrect
- Document lacks required signature
- Document linked incorrectly to the wrong document/docket entry
- Document submitted in the wrong case
- Incorrect document is attached to the docket entry
- Incorrect event selected. Correct event to be used is ________
- Proposed document was not submitted or was not submitted as a separate attachment
- ✔ Other: Documents should have been presented to intake and not filed to the docket.

Motion-Related Deficiencies:

- Local Rule 7-3 compliance statement missing
- Local Rules 6-1, 7-9, 7-10 motion, opposition, or reply papers untimely
- Hearing information is missing, incorrect, or untimely
- Local Rule 11-6 Memorandum exceeds 25 pages
- ☐ Other: ________

Other Deficiencies:

- Local Rule 83-2.5 no letters to the Judge
- Fed. R. Civ. P. 5 no proof of service attached
- Local Rule 7.1-1 no notice of interested parties
- Other:

**Note: In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Date: 10/19/26

By: Janet Aghbolaghi
Deputy Clerk