**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No.: 26-CR-618 (ODW)** |
| | : | |
| **Greg Lui** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF APPEARANCE**

The United States of America, by and through its attorney, the Assistant Attorney General for National Security, hereby informs the Court that National Security Division Trial Attorney Eli Ross is entering his appearance as co-counsel in this matter on behalf of the United States.

Respectfully submitted,

JOHN A. EISENBERG
ASSISTANT ATTORNEY GENERAL
FOR NATIONAL SECURITY

By: /s/ Eli J. Ross
Eli J. Ross
Trial Attorney
IL Bar No. 6321411
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530
Telephone: 202-616-5447
Eli.Ross2@usdoj.gov